# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MICHAEL WARREN, individually and )
on behalf of others similarly situated, )
)
   Plaintiff, )
)  **NO. 3:21-cv-00865**
v. )
)
COMMUNITY HEALTH SYSTEMS, )
INC., et al., )
)
   Defendants. )

## ORDER

  Pursuant to the Stipulation of Dismissal with Prejudice (Doc. No. 212) and Federal Rule

of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**, and the

Clerk shall close the file.

  IT IS SO ORDERED.


_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE